IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAYMOND PARKER, )
)
        **Plaintiff,** )
)
vs. ) CIVIL NO. 06-437-GPM
)
JOHN EVANS and C/O MORRISON, )
)
        **Defendants.** )

# ORDER OF DISMISSAL

**MURPHY, District Judge:**

Before the Court is Defendant Morrison's motion to dismiss for lack of prosecution (Doc. 13).[1] The motion is unopposed.

Plaintiff, Raymond Parker, is challenging the conditions of his former prison confinement. He was released from confinement in May 2007, and currently resides in Chicago, Illinois. Parker is proceeding on a claim of excessive force. He failed to attend his deposition, which was noticed for April 14, 2008, in Springfield, Illinois. Parker also failed to file a brief in response to Defendant's motion to dismiss, even after he was advised that a failure to respond would be construed as an admission that the motion had merit. The only reasonable inference to be drawn from these circumstances is that Parker is no longer interested in prosecuting his excessive force claim.

Accordingly, Defendant's motion for dismissal for want of prosecution (Doc. 13) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(b), this dismissal is with prejudice.

---

[1] Defendant Evans and an "Unknown Party" were dismissed by Order dated July 27, 2007 (*see* Doc. 7).

The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: 06/30/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge